UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kermit Eugene Moss,<br><br>Defendant. | 8:95-CR-338-6-GRA<br><br>ORDER<br>(Written Opinion) |

This matter is before the Court on defendant's motion for request of full amount of jail credit – time – total and motion for time served. Defendant's motion was filed on January 11, 2007. Since filing his motion, the defendant has been released by the Bureau of Prisons.

IT IS THEREFORE ORDERED that defendant's motions be DENIED as moot.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

February 28, 2007

Anderson, South Carolina

1

## NOTICE OF RIGHT TO APPEAL

Petitioner has the right to appeal this Order within ten (10) days from the date of the entry of this Order, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.